GRACE GEORGE, Respondent, *v.* OWNERS TRUCKING CORPORATION et al., Appellants.

Submitted March 1, 1943; decided March 11, 1943.

*James B. McKenna* for motion.

*Clayton M. Smith* opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion.

In the Matter of PAUL J. McKINNON, as President of New York City Subway Police Association, et al., Appellants, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, et al., Respondents.

BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA et al., Interveners, Respondents.

Submitted March 8, 1943; decided March 11, 1943.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by providing that the order is affirmed without costs.